UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

YAMILETH RODRIGUEZ, individually and on behalf of others similarly situated,

    Plaintiff,

-against-

TABLE 46 LLC d/b/a GYROLICIOUS GREEK GRILL and STEVEN KRAM,

    Defendants.

Case No.: 21-cv-02760 (JS)(SIL)

**STIPULATION AND ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, that the above-captioned action is hereby dismissed with prejudice pursuant to a settlement agreement.

**IT IS FURTHER STIPULATED AND AGREED** that the United State District Court for the Eastern District of New York, shall retain jurisdiction for purposes of enforcing the parties' settlement agreement attached to the parties' settlement agreement dated December 19, 2022.

**IT IS FURTHER STIPULATED AND AGREED** that the Settlement Agreement submitted to the Court on December 19, 2022 is fair and reasonable.

| FISHER TAUBENFELD LLP | GOLDBERG SEGALLA LLP |
|---|---|
| By: *Michael Taubenfeld* | By: *Charles Ling* |
| Michael Taubenfeld, Esq. | Scott Green, Esq. |
| 225 Broadway, Suite 1700 | 200 Garden City Plaza, Suite 520 |
| New York, New York 10007 | Garden City, New York 11530 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED this 20th day of December 2022 at Central Islip, New York:

/s/ **JOANNA SEYBERT**
_____
Hon. Joanna Seybert, U.S.D.J.